Exhibit C

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>QAADIRA CHANEL ROBERSON,<br><br>Debtor | CHAPTER 13<br><br>CASE NO. 5:22-bk-02242-MJC |

**AFFIDAVIT OF QAADIRA CHANEL ROBERSON**

1. I have reviewed the *Application of Attorney for Chapter 13 Debtor for Compensation and Reimbursement of Expenses* ("the Application") and I approve the requested amounts.

2. Before I hired Sabatini, he told me that some other lawyers would do a Chapter 13 case for a flat fee of $4,000, but that he would be charging hourly instead. He also explained that the amount that I would pay the Chapter 13 Trustee each month would be determined partly by the minimum amount Sabatini expected to charge and that the amount of that payment could increase if more time was expended than he anticipated.

3. My attorney has advised me that the "presumptively reasonable fee" for cases filed in this district is $4,500 for all services rendered through the completion of a Chapter 13 case. I understand that attorneys who agree to accept this amount as payment for a Chapter 13 case generally do not need to file a fee application.

4. I understand that the amount of fees that Sabatini is seeking in the Application is $8,472.43, plus costs reimbursement of $340.57, for a total of $8,813.00.

5. I understand that this payment is only for fees and expenses incurred through the date of the filing of the fee application, and that additional fees could be owed for additional work performed during the bankruptcy case.

6. I understand that the plan that was originally filed does not contain sufficient funding to pay the requested fee. Therefore, if the court approves the requested fee, then an amended plan

would be filed which would increase the monthly plan payment from $225.00 per month to $275.00 per month.

7. Therefore, I have a financial incentive to **not** approve the requested fee because if the Court rejects the fee application, then I would not have to pay as much money to the Chapter 13 trustee.

8. I am very satisfied with the services provided by Sabatini, and I agree that payment of the amount that he is requesting would be reasonable.

Executed on March 24, 2023

_____
Qaadira Roberson

# Signature Certificate

Reference number: KH7IL-BGOL9-MKOHR-AKB9F

| Signer | Timestamp | Signature |
|---|---|---|
| **Qaadira Roberson**<br>Email: ladyqcr@gmail.com | | |
| Sent: | 24 Mar 2023 19:49:04 UTC | |
| Viewed: | 24 Mar 2023 19:50:17 UTC | |
| Signed: | 24 Mar 2023 19:53:15 UTC | |
| **Recipient Verification:** | | IP address: 24.238.65.75 |
| ✔ Email verified | 24 Mar 2023 19:50:17 UTC | Location: East Stroudsburg, United States |

Document completed by all parties on:
24 Mar 2023 19:53:15 UTC

Page 1 of 1



**Signed with PandaDoc**

PandaDoc is a document workflow and certified eSignature solution trusted by 40,000+ companies worldwide.

