|   | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | | **_Itemized Listing of Services_** | | | | | |
| 2 | _Date_ | _Description_ | | _Rate_ | _Hours_ | _Amount_ | _Discount_ |
| 3 | 09/26/2022 | Review file. Because of complexity of her case, we need her to complete some additional forms to prepare for our first appointment. We will likely use the non-bankruptcy exemptions | CS | 415.00 | 0.30 | 124.50 | -124.50 |
| 4 | 09/27/2022 | Meet with client for Initial Bankruptcy Evaluation | CS | 415.00 | 1.10 | 456.50 | -166.00 |
| 5 | 09/29/2022 | Second meeting with client. | CS | 415.00 | 0.30 | 124.50 | 0.00 |
| 6 | 09/30/2022 | Received, review and respond email from client regarding budget. | CS | 415.00 | 0.10 | 41.50 | -26.50 |
| 7 | 10/03/2022 | Meeting with client regarding budget. Discuss tax liabilities and withholdings, vehicle title, and transportation expenses and documentation for the same. Discussed additional documentation that would be needed and the liklihood that that documentation would allow us to claim as a special circumstance an expense beyond the standard allowance. | CS | 415.00 | 0.40 | 166.00 | 0.00 |
| 8 | 10/03/2022 | Receive and review email from client with paystubs for budget analysis | CS | 415.00 | 0.10 | 41.50 | -26.50 |
| 9 | 10/05/2022 | Zoom with client for a second budget analysis. | CS | 415.00 | 1.10 | 456.50 | 0.00 |
| 10 | 10/06/2022 | Receive and review email from client with final budget modification. | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 11 | 10/06/2022 | Zoom meeting with client for third budget analysis | CS | 415.00 | 1.00 | 415.00 | 0.00 |
| 12 | 10/09/2022 | Receive and review email from client regarding her and husband's transportation expenses | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 13 | 10/10/2022 | Receive and review email from client asking what her next step should be since she had received court paperwork saying she had a deadline to respond to her lawsuit complaint. | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 14 | 10/11/2022 | Email to Scott regarding extension to respond to lawsuits | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 15 | 10/11/2022 | Receive and review automatic out of office email from Julie E. Goodchild | CS | 415.00 | 0.10 | 41.50 | -41.50 |

|    | A | B | C | D | E | F | G |
|----|---|---|---|---|---|---|---|
| 16 | 10/11/2022 | Meeting with client. Discussed budget, re-calculated means test and feasibility of I-J, discussed options between 7 and 13, explained that other lawyers would do a 13 for a flat fee of $4,000, explained that the reason that the plan was calculated at $125/mo for 5 years was partly to ensure that there would be enough money to pay the minimum amount I expect to charge, and that the amount could increase if the case takes more time. | CS | 415.00 | 1.30 | 539.50 | 0.00 |
| 17 | 10/14/2022 | Meet with client. | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 18 | 10/17/2022 | Receive and review credit counseling certificate | ASW | 150.00 | 0.10 | 15.00 | -15.00 |
| 19 | 10/17/2022 | Receive, review, and respond to email from Goodchild regarding 30 day extension to file responsive pleading in all three cases | CS | 415.00 | 0.10 | 41.50 | -26.50 |
| 20 | 10/21/2022 | Do Organization Checklist. | ASW | 150.00 | 0.70 | 105.00 | -70.00 |
| 21 | 10/23/2022 | Work on Due Diligence Checklist. | TLB | 135.00 | 0.20 | 27.00 | -13.50 |
| 22 | 10/24/2022 | Work on Due Diligence Checklist. | TLB | 135.00 | 1.00 | 135.00 | -67.50 |
| 23 | 10/25/2022 | Work on Due Diligence Checklist. | TLB | 135.00 | 1.00 | 135.00 | -67.50 |
| 24 | 10/25/2022 | Work on Due Diligence Checklist. | TLB | 135.00 | 1.10 | 148.50 | -74.25 |
| 25 | 10/26/2022 | Review email from DV regarding verified expenses. Input the same into CIN. | ASW | 150.00 | 0.10 | 15.00 | -10.00 |
| 26 | 10/26/2022 | Work on Due Diligence Checklist. | TLB | 135.00 | 0.60 | 81.00 | -40.50 |
| 27 | 10/27/2022 | Work on Due Diligence Checklist. | TLB | 135.00 | 0.70 | 94.50 | -47.25 |
| 28 | 10/28/2022 | Review file regarding why we are filing with extra check. Review spreadsheet. Review 10/28 stub. Call to client. No answer. | CS | 415.00 | 0.90 | 373.50 | 0.00 |
| 29 | 10/28/2022 | Work on Due Diligence Checklist. | TLB | 135.00 | 1.60 | 216.00 | -108.00 |
| 30 | 10/29/2022 | Conference with TLB to discuss information on Due Diligence Checklist. Instruct and discuss with Paralegal additional information needed to complete the schedules | CS | 415.00 | 0.40 | 166.00 | 0.00 |
| 31 | 10/29/2022 | Additional adjustments to means test calculations and complete rough draft of plan. (There was considerable back and forth between these two tasks as changes to the means test would require changes to the plan and vice-versa) | CS | 415.00 | 2.00 | 830.00 | -530.00 |

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 32 | 10/29/2022 | Conference with CS to discuss items on the Due Diligence Checklist and additional information needed from client to prepare schedules. | TLB | 135.00 | 0.40 | 54.00 | 0.00 |
| 33 | 10/29/2022 | Work on Due Diligence Checklist. | TLB | 135.00 | 1.00 | 135.00 | -67.50 |
| 34 | 10/30/2022 | Review documentation regarding allegedly secured credit card debt. Still insufficient to determine whether there is a security interest. Instructions to paralegal regarding obtaining documentation for that debt, along with documentation of gas expense and non-filing spouse's separate debt expense. | CS | 415.00 | 0.20 | 83.00 | 0.00 |
| 35 | 10/30/2022 | Compare and tweak means test figures for filing in October. Do same for November. Client is better off filing in November | CS | 415.00 | 0.80 | 332.00 | -212.00 |
| 36 | 10/30/2022 | Call to cl. Explained why we are no longer filing before the end of this month. Answered questions about mortgage and deed. | CS | 415.00 | 0.20 | 83.00 | 0.00 |
| 37 | 10/30/2022 | Receive and review documentation needed to prepare schedules from client. Organize documentation and add to client's electronic file. | TLB | 135.00 | 0.10 | 13.50 | 0.00 |
| 38 | 10/30/2022 | Work on Due Diligence Checklist. | TLB | 135.00 | 0.70 | 94.50 | -47.25 |
| 39 | 10/31/2022 | Meet with paralegal to answer list of questions from schedules preparation to-date. | CS | 415.00 | 0.50 | 207.50 | 0.00 |
| 40 | 11/02/2022 | Work on Due Diligence Checklist | TLB | 135.00 | 0.40 | 54.00 | -27.00 |
| 41 | 11/03/2022 | Work on Due Diligence Checklist. | TLB | 135.00 | 1.50 | 202.50 | -101.25 |
| 42 | 11/07/2022 | Work on Due Diligence Checklist. | TLB | 135.00 | 1.30 | 175.50 | -87.75 |
| 43 | 11/08/2022 | Work on Due Diligence Checklist. | TLB | 135.00 | 1.60 | 216.00 | -108.00 |
| 44 | 11/09/2022 | Review paralegal's summary of documentation to support extraordinary gas expense. Still insufficient. Instructions regarding what else we need from client. Review calculations regarding computation for Schedule I. Review documents related to furniture loan to see if there was a security interest | CS | 415.00 | 0.20 | 83.00 | 0.00 |
| 45 | 11/09/2022 | Edit plan to remove cramdown of furniture. Answer questions from paralegal | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 46 | 11/09/2022 | Work on Due Diligence Checklist. | TLB | 135.00 | 1.30 | 175.50 | -87.75 |
| 47 | 11/10/2022 | Message to client regarding debt payments. | TLB | 135.00 | 0.10 | 13.50 | 0.00 |

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 48 | 11/11/2022 | Work on Due Diligence Checklist. | TLB | 135.00 | 1.30 | 175.50 | -87.75 |
| 49 | 11/12/2022 | Work on Due Diligence Checklist. | TLB | 135.00 | 1.20 | 162.00 | -81.00 |
| 50 | 11/13/2022 | Receive and review documentation needed to prepare schedules from client. Organize documentation and add to client's electronic file. | TLB | 135.00 | 0.20 | 27.00 | 0.00 |
| 51 | 11/13/2022 | Work on Due Diligence Checklist. | TLB | 135.00 | 0.50 | 67.50 | -33.75 |
| 52 | 11/14/2022 | Work on Due Diligence Checklist | TLB | 135.00 | 1.50 | 202.50 | -101.25 |
| 53 | 11/15/2022 | Researching whether New York City ERS plan is ERISA qualified (it is not) and whether it otherwise qualifies for an exemption. It does qualify for an exemption because the NYCERS website confirms that it is qualified under section 401 of the Revenue Code. | CS | 415.00 | 0.30 | 124.50 | 0.00 |
| 54 | 11/15/2022 | Evaluate assets that had not yet been exempted. Verified insurance exemption for life insurance policy under state law. Verified correct statute under state law to exempt retirement plans. | CS | 415.00 | 0.20 | 83.00 | 0.00 |
| 55 | 11/15/2022 | Evaluate additional claims that may need special classification in the plan. Amend the plan to add special classification for cosigned medical bill. Calculate increased plan funding required. | CS | 415.00 | 0.20 | 83.00 | 0.00 |
| 56 | 11/15/2022 | Conference with CS to discuss questions on Due Diligence Checklist including how to exempt retirement plans and life insurance and claims that may need special classification in the plan. | TLB | 135.00 | 1.10 | 148.50 | -135.00 |
| 57 | 11/15/2022 | Work on Due Diligence Checklist. | TLB | 135.00 | 0.60 | 81.00 | -40.50 |
| 58 | 11/16/2022 | Work on Due Diligence Checklist. | TLB | 135.00 | 2.30 | 310.50 | -155.25 |
| 59 | 11/17/2022 | Work on Due Diligence Checklist | TLB | 135.00 | 2.00 | 270.00 | -135.00 |
| 60 | 11/19/2022 | Work on Due Diligence Checklist. | TLB | 135.00 | 0.80 | 108.00 | -54.00 |
| 61 | 11/19/2022 | Work on Pre-Signing Checklist. Review and adjust draft petition and schedules. | TLB | 135.00 | 1.20 | 162.00 | 0.00 |
| 62 | 11/19/2022 | Prepare draft petition and schedules. Send draft  to client for review. | TLB | 135.00 | 0.20 | 27.00 | 0.00 |

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 63 | 11/20/2022 | Receive, review, and incorporate client's changes to draft petition and schedules. | TLB | 135.00 | 0.40 | 54.00 | 0.00 |
| 64 | 11/20/2022 | Generate and review updated draft petition. | TLB | 135.00 | 0.20 | 27.00 | 0.00 |
| 65 | 11/20/2022 | Conference with CS to go over questions for completing schedules and for customized disclosures to the client. | TLB | 135.00 | 0.40 | 54.00 | 0.00 |
| 66 | 11/20/2022 | Conference with paralegal to answer questions and finalize drafts before meeting with client. | CS | 415.00 | 0.40 | 166.00 | 0.00 |
| 67 | 11/20/2022 | Meet with client via Zoom (go over schedules, adjustments to plan and schedules, answer questions) | CS | 415.00 | 1.20 | 498.00 | 0.00 |
| 68 | 11/20/2022 | Meet with CS and client to review schedules. | TLB | 135.00 | 1.20 | 162.00 | 0.00 |
| 69 | 11/20/2022 | Complete Pre-Signing Checklist including review and revise schedules to make adjustments from CS and client. Generate schedules, Information You Need to Know About Your Case, and Plan and send them to client for signature. | TLB | 135.00 | 1.30 | 175.50 | 0.00 |
| 70 | 11/20/2022 | Complete Filing Checklist including filing petition with the court. | TLB | 135.00 | 1.00 | 135.00 | 0.00 |
| 71 | 11/22/2022 | Finish Post Filing Checklist | ASW | 150.00 | 0.40 | 60.00 | 0.00 |
| 72 | 11/23/2022 | Receive and review loanliner agreement with Municipal Credit Union. Call to client. Explain cross-collateralization and obtaining title to collateralized vehicle. Discuss options available to her in the bankruptcy case and how certain treatment of the vehicle loan in the plan would adjust her monthly payments and budget. Discuss potential consequences of handling Municipal Credit Union debts outside of the plan. | CS | 415.00 | 0.40 | 166.00 | 0.00 |
| 73 | 11/23/2022 | Receive and review docket entry regarding certificate of service needed for wage order. Call to court. No answer, leave message. Email to case administrator | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 74 | 11/23/2022 | Receive and review email from case administrator regarding certificate of service for wage attachments | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 75 | 11/29/2022 | Receive and review certificate of debtor education | ASW | 150.00 | 0.10 | 15.00 | -10.00 |
| 76 | 11/29/2022 | Receive and review order granting motion for wage attachment | CS | 415.00 | 0.10 | 41.50 | -41.50 |

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 77 | 11/30/2022 | Receive and review Notice of Chapter 13 Bankruptcy Case. Process checklist of tasks for after 341 meeting has been scheduled. (Calendar hearing, email copy of notice to client with letter regarding instructions and enclosing preparation questions, enter 341 meeting/trustee information into file, set task to do preparation call with client and prepare file for meeting two weeks before meeting.) | ASW | 150.00 | 0.30 | 45.00 | -30.00 |
| 78 | 11/30/2022 | Receive and review phone message from client regarding whether we received Capital One lawsuit. Email to client confirming receipt | ASW | 150.00 | 0.10 | 15.00 | 0.00 |
| 79 | 11/30/2022 | Receive and review BNC regarding 341 notice. No bypassed recipients. NAN | ASW | 150.00 | 0.10 | 15.00 | -15.00 |
| 80 | 12/09/2022 | Review and analyze proof of claim 1. | ASW | 150.00 | 0.20 | 30.00 | 0.00 |
| 81 | 12/09/2022 | Review and analyze proof of claim 2 | ASW | 150.00 | 0.10 | 15.00 | 0.00 |
| 82 | 12/09/2022 | Review and analyze proof of claim 3. | ASW | 150.00 | 0.10 | 15.00 | 0.00 |
| 83 | 12/09/2022 | Receive and review BNC Cert of notice regarding wage garnishment order | ASW | 150.00 | 0.10 | 15.00 | -15.00 |
| 84 | 12/09/2022 | Receive and review entry of appearance of Matthew K. Fissel filed on docket | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 85 | 12/12/2022 | Receive and review objection to plan filed by Mario Hanyon for Wells Fargo | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 86 | 12/12/2022 | Email to Hanyon regarding his objection and withdrawing the same | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 87 | 12/12/2022 | Receive and review email from Hanyon regarding objection | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 88 | 12/12/2022 | Receive, review, and respond to email from Hanyon regarding talking to his client about withdrawing the objection | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 89 | 12/12/2022 | Receive and review email from Hanyon regarding sanctions motion | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 90 | 12/13/2022 | Email to client with petition, income records, plan, wage attachment motion, financial management certification, order granting wage motion, and notices of appearance filed in her case. | ASW | 150.00 | 0.10 | 15.00 | -10.00 |

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 91 | 12/19/2022 | Receive and review Notice from Wells Fargo. Forward to client | ASW | 150.00 | 0.10 | 15.00 | -10.00 |
| 92 | 12/21/2022 | Review and analyze proof of claim 4 filed on the docket. Email analysis to CS. Prepare new payment address letter to client and email the same | ASW | 150.00 | 0.20 | 30.00 | 0.00 |
| 93 | 12/21/2022 | Receive, review, and respond to message from client regarding paying mortgage online | ASW | 150.00 | 0.10 | 15.00 | 0.00 |
| 94 | 12/21/2022 | Email to Hanyon regarding not having heard back on their position concerning my analysis and whether they will be withdrawing the objection. | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 95 | 12/21/2022 | Receive and review email from Mario Hanyon regarding Wells Fargo's answer | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 96 | 12/22/2022 | Receive and review email from Hanyon regarding pre-petition arrears, claim, plan, and confirmation | CS | 415.00 | 0.10 | 41.50 | -26.50 |
| 97 | 12/27/2022 | Email to Hanyon concerning pre-petition arrears, claim, plan, and confirmation | CS | 415.00 | 0.50 | 207.50 | -132.50 |
| 98 | 12/27/2022 | Receive and review email from Spivack regarding 9011 issue and objection to plan | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 99 | 12/27/2022 | Email to Spivack regarding 9011 issue and objection to confirmation, and requesting rules Hanyon referenced | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 100 | 12/27/2022 | Receive and review email from Spivack regarding 3001 rule concerning proof of claim and RESPA. | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 101 | 01/04/2023 | Review paralegal's analysis of proof of claim filed by Wells Fargo for mortgage loan. | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 102 | 01/05/2023 | Prepare 9011 motion | ASW | 150.00 | 0.90 | 135.00 | -135.00 |

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 103 | 01/06/2023 | Analyze all claims in comparison with the plan to confirm if any came in at an unexpected amount or class and how that may affect plan funding and/or confirmation, and what actions need to be taken with respect to the same. Confirm that all claims we want to be filed have been filed, and, if not, set tasks for their deadline to be filed and to confirm they have been. Analyze whether we should object to any claims filed. Set any tasks required for future action to be taken (objections/lien avoidance/step plan/ selling/surrendering property.) Draft memo to CS summarizing claims and case status. | ASW | 150.00 | 0.90 | 135.00 | 0.00 |
| 104 | 01/09/2023 | Pre-341 meeting with client | CS | 415.00 | 0.70 | 290.50 | 0.00 |
| 105 | 01/09/2023 | Work on 9011 motion | CS | 415.00 | 0.80 | 332.00 | -332.00 |
| 106 | 01/09/2023 | Attend 341 hearing. | CS | 415.00 | 0.30 | 124.50 | 0.00 |
| 107 | 01/09/2023 | Call with client after 341 hearing to explain objections | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 108 | 01/09/2023 | Receive, review, and respond to email from Bowers asking after new copies of stubs | CS | 415.00 | 0.10 | 41.50 | -26.50 |
| 109 | 01/09/2023 | Receive and review email from Bowers thanking me for copioes of stubs | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 110 | 01/10/2023 | Review CS edits to 9011 motion for accuracy. Prepare exhibit. Edit COS | ASW | 150.00 | 0.10 | 15.00 | -15.00 |
| 111 | 01/10/2023 | Receive and review message from client that wage garnishment hasn't begun. Call to payroll company. We can fax the order to the involuntary deductions department. Draft fax to involuntary deductions department with wage attachment order. Fax the same. Email to client regarding her next pay day. (Discounted for wait time on call) | ASW | 150.00 | 0.30 | 45.00 | -15.00 |
| 112 | 01/11/2023 | Email to Hanyon with 9011 motion | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 113 | 01/11/2023 | Receive and review email from Spivack regarding the 9011 motion sent Hanyon. | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 114 | 01/12/2023 | Receive and review email from Spivack regarding their disagreement with my position. | CS | 415.00 | 0.10 | 41.50 | 0.00 |

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 115 | 01/13/2023 | Receive and review email from CS regarding edit needed to draft motion sent to Hanyon before finalized. Edit 9011 motion. Edit COS. Email to CS. | ASW | 150.00 | 0.20 | 30.00 | -30.00 |
| 116 | 01/13/2023 | Receive and review objection filed by trustee. Research and letter to trustee regarding his objections. | CS | 415.00 | 1.10 | 456.50 | 0.00 |
| 117 | 01/13/2023 | Review and edit letter to trustee. Email the same to trustee. | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 118 | 01/17/2023 | Call from McHale regarding objection. Discuss our positions concerning bottom line number on MT (discussed expenses at length), secured claim not listed in plan, and special provision concerning length of plan. | CS | 415.00 | 0.80 | 332.00 | 0.00 |
| 119 | | | | | | | |
| 120 | 01/17/2023 | Read case cited by McHale concerning addressing secured claims in a Chapter 13 Plan. | CS | 415.00 | 0.20 | 83.00 | 0.00 |
| 121 | 01/17/2023 | Draft letter to McHale | CS | 415.00 | 0.60 | 249.00 | 0.00 |
| 122 | 01/17/2023 | Continue working on letter to trustee. | CS | 415.00 | 0.20 | 83.00 | 0.00 |
| 123 | 01/17/2023 | Email letter to McHale regarding trustee's objection. | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 124 | 01/18/2023 | Email to client with objection filed on the docket and cert of service | ASW | 150.00 | 0.10 | 15.00 | -10.00 |
| 125 | 01/19/2023 | Receive and review Certification that 341 Meeting of Creditors Held. Calendar confirmation hearing. Draft certification in support of confirmation. Review file concerning unfiled tax returns, and domestic support obligations. Send task to client asking for missing tax return. | ASW | 150.00 | 0.30 | 45.00 | 0.00 |
| 126 | 01/19/2023 | Review and analyze proof of claim 5 filed on the docket | ASW | 150.00 | 0.20 | 30.00 | 0.00 |
| 127 | 01/19/2023 | Review and analyze proof of claim 6 filed on the docket | ASW | 150.00 | 0.10 | 15.00 | 0.00 |
| 128 | 01/19/2023 | Review and analyze proof of claim 7 filed on the docket | ASW | 150.00 | 0.10 | 15.00 | 0.00 |
| 129 | 01/19/2023 | Review and analyze proof of claim 8 filed on the docket | ASW | 150.00 | 0.10 | 15.00 | 0.00 |
| 130 | 01/19/2023 | Review and analyze proof of claim 9 filed on the docket. Email analysis to CS | ASW | 150.00 | 0.20 | 30.00 | 0.00 |
| 131 | 01/20/2023 | Receive and review message from client regarding 2020 tax returns. Review file. Attach 2021 local return for reference and ask after whether she filed the 2020 return, and if not, what the reasoning was from her accountant | ASW | 150.00 | 0.20 | 30.00 | -30.00 |

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 132 | 01/20/2023 | Receive and review Notice of Filing Party (Bobbie Johnson): Discrepancy between CM/ECF entry and uploaded PDF. Filed on docket | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 133 | 01/23/2023 | Receive and review 2020 local tax return and money order for pmt. Send client message concerning confirmation hearing, tax returns, and domestic support obligations. Send certification in support of confirmation for signature. Set tasks for return of signed certification, and to do checklist to confirm there are no outstanding obstacles to plan confirmation ahead of confirmation hearing. Prepare Request for Payment. | ASW | 150.00 | 0.20 | 30.00 | 0.00 |
| 134 | 01/23/2023 | Receive, review, and respond to message from client regarding her plan payment increasing | ASW | 150.00 | 0.10 | 15.00 | 0.00 |
| 135 | 01/24/2023 | Receive and review signed pre-confirmation certification. File the same | ASW | 150.00 | 0.10 | 15.00 | 0.00 |
| 136 | 01/24/2023 | File Request for Payment | ASW | 150.00 | 0.10 | 15.00 | 0.00 |
| 137 | 01/24/2023 | Call to client concerning objections filed by the trustee and Wells Fargo. Discuss whether she will need to attend hearing. | CS | 415.00 | 0.40 | 166.00 | 0.00 |
| 138 | 01/24/2023 | Receive and review amended objection from trustee. Email to McHale regarding the same | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 139 | 01/24/2023 | Receive and review email from McHale regarding amending the means test | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 140 | 02/02/2023 | Review and analyze amended claim 10 filed on the docket | ASW | 150.00 | 0.20 | 30.00 | 0.00 |
| 141 | 02/02/2023 | Receive and review claim 11 filed on the docket | ASW | 150.00 | 0.20 | 30.00 | 0.00 |
| 142 | 02/02/2023 | Review and analyze claim 12 filed on the docket | ASW | 150.00 | 0.10 | 15.00 | 0.00 |
| 143 | 02/02/2023 | Review and analyze claim 13 filed on the docket | ASW | 150.00 | 0.10 | 15.00 | 0.00 |
| 144 | 02/02/2023 | Review and analyze claim 14 filed on the docket. Prep address letter to client. Send the same. Send analysis to CS | ASW | 150.00 | 0.20 | 30.00 | 0.00 |
| 145 | 02/02/2023 | Call with Hanyon regarding Wells Fargo Objection | CS | 415.00 | 0.50 | 207.50 | 0.00 |
| 146 | 02/03/2023 | Review paralegal's analysis of proof of claim for signature loan cosigned by Greg (MCU). Evaluate treatment of the same in the plan. | CS | 415.00 | 0.10 | 41.50 | 0.00 |

|  | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 147 | 02/06/2023 | Review file. Prepare Lehigh Valley Health Network claim. Email claim to CS. | ASW | 150.00 | 0.20 | 30.00 | -30.00 |
| 148 | 02/07/2023 | Email to client with request for payment and amendment to disposable income calculation filed on the docket | ASW | 150.00 | 0.10 | 15.00 | -10.00 |
| 149 | 02/07/2023 | Receive and review Lehigh Valley claim. We will require an account statement from client. | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 150 | 02/07/2023 | Review emails from ASW with paralegal's analysis of unsecured claims filed by Municipal Credit Union. | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 151 | 02/08/2023 | Research whether Chapter 13 debtor can act as disbursing agent for claim so as to allow nonfiling spouse to continue to make payments on cosigned loan so that his credit wont be impacted by inevitable delay if trustee makes payments for him | CS | 415.00 | 0.50 | 207.50 | 0.00 |
| 152 | 02/08/2023 | Call to client regarding outstanding issues that need to be resolved ahead of plan being confirmed. Discuss Lehigh Valley Health Network and Municipal Credit Union debts. Discuss options/consequences concerning paying certain debts in the plan and outside the plan. | CS | 415.00 | 0.60 | 249.00 | 0.00 |
| 153 | 02/09/2023 | Review notes from yesterday's call with PG and client. Conference with ASW regarding amending plan to accommodate Wells Fargo, remove Lehigh Valley Health Network, and add in MCU personal loan. Discuss funding for plan. Discuss fee application. Review plan. Draft proposed stipulation to Hanyon | CS | 415.00 | 0.30 | 124.50 | 0.00 |
| 154 | 02/09/2023 | Conference with CS regarding amending plan to accomodate Wells Fargo, remove Lehigh Valley Health Network, and add in MCU personal loan. Discuss funding for plan. Discuss fee application. | ASW | 150.00 | 0.20 | 30.00 | 0.00 |
| 155 | 02/09/2023 | Amend plan | ASW | 150.00 | 0.10 | 15.00 | 0.00 |
| 156 | 02/13/2023 | Prepare MT amendment | ASW | 150.00 | 0.20 | 30.00 | 0.00 |
| 157 | | | | | *Sub-total Fees:* | **15,958.50** | -4605.00 |
| 158 | | | | | | | |
| 159 | | | | | *Net Fees After Discount:* | **11,353.50** | |

| | H | I | J |
|---|---|---|---|
| 1 | | **Comparable Badyrka Entry** | |
| 2 | *Date* | *Description* | *Billable by: A / P / S / N* |
| 3 | | | |
| 4 | 10/26/2020 | Meet with client via zoom for bankruptcy consultation | A |
| 5 | | | |
| 6 | 10/24/2020 | Email to client regarding budget, paystubs, and debts. | P |
| 7 | 11/16/2020 | Meet with client regarding budget and plan payment. | A |
| 8 | 10/24/2020 | Receive and review emails (4) from client attaching paystubs. | P |
| 9 | 11/16/2020 | Meet with client regarding budget and plan payment. | A |
| 10 | | | |
| 11 | 11/16/2020 | Meet with client regarding budget and plan payment. | A |
| 12 | 11/13/2020 | Work with budget | A |
| 13 | | | |
| 14 | | | |
| 15 | | | |

| | H | I | J |
|---|---|---|---|
| 16 | 11/16/2020 | Meet with client regarding budget and plan payment. | A |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |
| 21 | 12/24/2020 | Complete due diligence checklist. Finalize plan. | P |
| 22 | 12/24/2020 | Complete due diligence checklist. Finalize plan. | P |
| 23 | 12/24/2020 | Complete due diligence checklist. Finalize plan. | P |
| 24 | 12/24/2020 | Complete due diligence checklist. Finalize plan. | P |
| 25 | 11/13/2020 | Input information into spreadsheet and email CS regarding the same. | S |
| 26 | 12/24/2020 | Complete due diligence checklist. Finalize plan. | P |
| 27 | 12/24/2020 | Complete due diligence checklist. Finalize plan. | P |
| 28 | | | |
| 29 | 12/24/2020 | Complete due diligence checklist. Finalize plan. | P |
| 30 | | | |
| 31 | 12/18/2020 | Call with client. Work on means test and plan. | P |

| | H | I | J |
|---|---|---|---|
| 32 | 11/23/2020 | Call with client regarding upcoming hearing and documentation needed for schedules. | P |
| 33 | 12/24/2020 | Complete due diligence checklist. Finalize plan. | P |
| 34 | | | |
| 35 | 12/18/2020 | Call with client. Work on means test and plan. | P |
| 36 | | | |
| 37 | 11/23/2020 | Call with client regarding upcoming hearing and documentation needed for schedules. | P |
| 38 | 12/24/2020 | Complete due diligence checklist. Finalize plan. | P |
| 39 | | | |
| 40 | 12/24/2020 | Complete due diligence checklist. Finalize plan. | P |
| 41 | 12/24/2020 | Complete due diligence checklist. Finalize plan. | P |
| 42 | 12/24/2020 | Complete due diligence checklist. Finalize plan. | P |
| 43 | 12/24/2020 | Complete due diligence checklist. Finalize plan. | P |
| 44 | | | |
| 45 | | | |
| 46 | 12/24/2020 | Complete due diligence checklist. Finalize plan. | P |
| 47 | | | |

| | H | I | J |
|---|---|---|---|
| 48 | 12/24/2020 | Complete due diligence checklist. Finalize plan. | P |
| 49 | 12/24/2020 | Complete due diligence checklist. Finalize plan. | P |
| 50 | 11/23/2020 | Call with client regarding upcoming hearing and documentation needed for schedules. | P |
| 51 | 12/24/2020 | Complete due diligence checklist. Finalize plan. | P |
| 52 | 12/24/2020 | Complete due diligence checklist. Finalize plan. | P |
| 53 | | | |
| 54 | | | |
| 55 | | | |
| 56 | | | |
| 57 | 12/24/2020 | Complete due diligence checklist. Finalize plan. | P |
| 58 | 12/24/2020 | Complete due diligence checklist. Finalize plan. | P |
| 59 | 12/24/2020 | Complete due diligence checklist. Finalize plan. | P |
| 60 | 12/24/2020 | Complete due diligence checklist. Finalize plan. | P |
| 61 | | | |
| 62 | | | |

| | H | I | J |
|---|---|---|---|
| 63 | | | |
| 64 | | | |
| 65 | | | |
| 66 | | | |
| 67 | | | |
| 68 | | | |
| 69 | | | |
| 70 | 12/26/2020 | Complete filing additional documents and finish post-filing checklist. | P |
| 71 | 12/26/2020 | Complete filing additional documents and finish post-filing checklist. | P |
| 72 | | | |
| 73 | | | |
| 74 | | | |
| 75 | | | |
| 76 | | | |

| | H | I | J |
|---|---|---|---|
| 77 | | | |
| 78 | | | |
| 79 | 1/11/2021 | Review BNC Certificate of Notice regarding 341 meeting. No bypassed recipients. NAN. | N |
| 80 | 1/12/2021 | Review and analyze proof of claim 2 filed on the docket. | P |
| 81 | 1/12/2021 | Review and analyze proof of claim 2 filed on the docket. | P |
| 82 | 1/12/2021 | Review and analyze proof of claim 2 filed on the docket. | P |
| 83 | 1/11/2021 | Review BNC Certificate of Notice regarding order on wage attachment to confirm service on emp | N |
| 84 | | | |
| 85 | 4/15/2021 | Receive and review objection to amended plan. | A |
| 86 | 4/15/2021 | Email to McHale regarding amended plan and objection. | A |
| 87 | | | |
| 88 | | | |
| 89 | | | |
| 90 | 2/13/2021 | Email to client with trustee's objection, request for mortgage forbearance, and pre-confirmation c | S |

| | H | I | J |
|---|---|---|---|
| 91 | | | |
| 92 | 1/19/2021 | Review and analyze proof of claim 4 filed on the docket. | P |
| 93 | | | |
| 94 | 3/24/2021 | Email to Wohlrab regarding whether he has heard from his client. | |
| 95 | 3/24/2021 | Email to Wohlrab regarding whether he has heard from his client. | |
| 96 | | | |
| 97 | | | |
| 98 | | | |
| 99 | | | |
| 100 | | | |
| 101 | 3/1/2021 | Review analysis of claim 12. | A |
| 102 | | | |

| | H | I | J |
|---|---|---|---|
| 103 | | | |
| 104 | 1/25/2021 | Meet with client in preparation for 341 meeting. | A |
| 105 | | | |
| 106 | 1/25/2021 | Attend 341 Meeting | A |
| 107 | | | |
| 108 | | | P |
| 109 | | | |
| 110 | | | |
| 111 | | | |
| 112 | | | |
| 113 | | | |
| 114 | | | |

| | H | I | J |
|---|---|---|---|
| 115 | | | |
| 116 | 4/15/2021 | Receive and review objection to amended plan. | A |
| 117 | | | |
| 118 | | | |
| 119 | | | |
| 120 | | | |
| 121 | | | |
| 122 | | | |
| 123 | | | |
| 124 | 2/13/2021 | Email to client with trustee's objection, request for mortgage forbearance, and pre-confirmation c | S |
| 125 | | | |
| 126 | 1/26/2021 | Analyze proof of claim 5 filed on the docket. | P |
| 127 | 2/1/2021 | Analyze proof of claim 6 filed on the docket. | P |
| 128 | 2/1/2021 | Review and analyze claim 7 filed on the docket. | P |
| 129 | 2/10/2021 | Review and analyze claim 8 filed on the docket. | P |
| 130 | 2/10/2021 | Review and analyze claim 9 filed on the docket. | P |
| 131 | | | |

| | H | I | J |
|---|---|---|---|
| 132 | | | |
| 133 | | | |
| 134 | | | |
| 135 | | | |
| 136 | | | |
| 137 | | | |
| 138 | 4/15/2021 | Receive and review objection to amended plan. | A |
| 139 | 3/1/2021 | Receive, review, and respond to email from McHale regarding amendments. | A |
| 140 | 3/1/2021 | Analyze proof of claim 10 filed on the docket. | P |
| 141 | 3/1/2021 | Review and analyze claim 11 filed on the docket. | P |
| 142 | 3/1/2021 | Review and analyze claim 12 filed on the docket. | P |
| 143 | 3/1/2021 | Review and analyze claim 13 filed on the docket. | P |
| 144 | 3/1/2021 | Review and analyze claim 14 filed on the docket. | P |
| 145 | | | |
| 146 | | | |

| | H | I | J |
|---|---|---|---|
| 147 | | | |
| 148 | 2/13/2021 | Email to client with trustee's objection, request for mortgage forbearance, and pre-confirmation c | S |
| 149 | | | |
| 150 | 3/1/2021 | Review analysis of claim 12. | A |
| 151 | | | |
| 152 | | | |
| 153 | | | |
| 154 | | | |
| 155 | | | |
| 156 | | | |
| 157 | | | |
| 158 | | | |
| 159 | | | |