IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | |
|---|---|
| | CHAPTER 13 |
| QAADIRA CHANEL ROBERSON; AKA QAADIRA C. ROBERSON; AKA QAADIRA ROBERSON, | CASE NO. 5:22-bk-02242-MJC |
| Debtor | |

## **NOTICE**

Today the Debtor filed *Application of Attorney for Chapter 13 Debtor for Compensation and Reimbursement of Expenses*. The application requests the total sum of $8,813.00

If you object to the relief requested, you must file your objection/response on or before 21 days from the date of this notice with the Clerk of the United States Bankruptcy Court, 274 Max Rosenn U.S. Courthouse, 197 S. Main St., Wilkes-Barre, PA 18701.

If you file and serve an objection/response within the time permitted, a hearing will be held on April 27, 2023 at 10:00 AM at U.S. Courthouse, 197 S. Main St., Wilkes-Barre, PA 18701. If you do not file an objection/response within the time permitted the Court will deem the motion unopposed and proceed to consider the motion without further notice or hearing, and may grant the relief requested.

Date: March 24, 2023

s/Carlo Sabatini
Carlo Sabatini, Attorney for Debtor
Bar Number 83831
Sabatini Law Firm, LLC
216 N. Blakely St.
Dunmore, PA 18512
Phone (570) 341-9000
Facsimile (570) 504-2769
Email carlo@bankruptcypa.com