IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: <br><br> QAADIRA CHANEL ROBERSON; <br> AKA QAADIRA C. ROBERSON; <br> AKA QAADIRA ROBERSON, <br><br> Debtor | CHAPTER 13 <br><br> CASE NO. 5:22-bk-02242-MJC |

**ORDER APPROVING INTERIM COMPENSATION TO COUNSEL FOR DEBTOR**

Upon consideration of *Application of Attorney for Chapter 13 Debtor for Compensation and Reimbursement of Expenses* it is ordered that the following interim amounts are awarded: compensation in the amount of $8,472.43 and reimbursement of expenses in the amount of $340.57 for a total sum of $8,813.00. Counsel is authorized to apply the $813.00 of client funds that it is holding in its trust account toward this amount. The remaining $8,000.00 shall be paid by the Chapter 13 Trustee.