IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE:<br><br>QAADIRA CHANEL ROBERSON; AKA QAADIRA C. ROBERSON; AKA QAADIRA ROBERSON,<br><br>Debtor | CHAPTER 13<br><br>CASE NO. 5:22-bk-02242-MJC |
|---|---|

**Certification of Service Upon Paper Filer Pursuant to L.B.R. 9013-3**

| Title of Paper Served: | **NOTICE OF APPLICATION OF ATTORNEY FOR CHAPTER 13 DEBTOR FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES** | |
|---|---|---|
| Name and Address of Recipient: | Entity the Recipient Represents (if applicable) | Method of Service |
| The entities on the attached service list | | United States Mail – First Class Postage Prepaid |

I certify that I am over 18 years of age and service was effectuated today as above described.

Dated: <u>March 24, 2023</u>

s/ Halle O'Neil
Halle O'Neil, Legal Assistant
Sabatini Law Firm, LLC
216 N. Blakely St.
Dunmore, PA 18512
Phone (570) 341-9000
Facsimile (570) 504-2769
Email kecf@bankruptcypa.com

| |
|---|
| Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 |
| JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o National Bankruptcy Services, LLC<br>P.O. Box 9013<br>Addison, Texas 75001-9013 |
| Kellie Hannum<br>Law Offices of Hayt, Hayt, & Landau LLC<br>2 Industrial Way W<br>Eatontown, NJ 07724-2279 |
| Kyle Markland, President and CEO<br>Municipal Credit Union<br>PO Box 3205<br>New York, NY  10007-3205 |
| Lehigh Valley Health Network<br>206 E Brown St<br>East Stroudsburg, PA  18301-3006 |
| Macys/CBNA<br>PO Box 6789<br>Sioux Falls, SD 57117-6789 |
| MUNICIPAL CREDIT UNION<br>22 CORTLANDT STREET<br>24TH FLOOR<br>NEW YORK NY 10007-3153 |
| NYCERS<br>335 Adams St Ste 2300<br>Brooklyn, NY  11201-3724 |
| Officer, Managing, or General Agent<br>Municipal Credit Union<br>PO Box 3205<br>New York, NY  10007-3205 |
| Scott & Associates, P.C<br>6 Kacey Ct Ste 203<br>Mechanicsburg, PA  17055-9237 |
| Wells Fargo Bank, N.A.<br>3476 Stateview Blvd |

| |
|---|
| Fort Mill, SC 29715-7200 |
| St Lukes<br>801 Ostrum St<br>Bethlehem, PA 18015-1000 |
| UNIFUND CCR LLC<br>ATTN MEDIA DEPARTMENT<br>10625 TECHWOOD CIRCLE<br>CINCINNATI OH 45242-2846 |
| Visa<br>22 Cortlandt St<br>New York, NY 10007-3107 |
| WF/Bobs Discount Furniture<br>PO Box 71118<br>Charlotte, NC 28272-1118 |
| Wells Fargo<br>PO Box 77036<br>Minneapolis, MN 55480-7736 |
| Wells Fargo Bank, N.A.<br>Default Document Processing<br>MAC# N9286-01Y<br>P.O. Box 1629<br>Minneapolis MN 55440-1629 |
| Wells Fargo Bank, N.A.<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438 |
| UNIFUND CCR LLC<br>10625 TECHWOOD CIRCLE<br>BLUE ASH, OH 45242-2846 |
| Capital One N.A.<br>by American InfoSource as agent<br>4515 N Santa Fe Ave.<br>Oklahoma City, OK 73118 |
| U.S. Bankruptcy Court<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes-Barre, PA 18701-1500 |
| Best Buy/CBNA<br>5800 S Corporate Pl<br>Sioux Falls, SD 57108-5027 |
| Capital One Bank<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 |
| Capital One N.A. |

| |
|---|
| by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 |
| Citibank, N.A.<br>c/o Quantum3 Group LLC<br>PO Box 280<br>Kirkland, WA  98083-0280 |
| CityMD<br>2459 Merrick Rd<br>Bellmore, NY  11710-5703 |
| Ilana Zion, Esq.<br>Scott & Associates, P.C.<br>6 Kacey Ct Ste 203<br>Mechanicsburg, PA  17055-9237 |