|   | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | *Attorney* | *Rate* | *Case No.* | *Docket Entries* | | *Date* |
| 2 | Gary H. Leibowitz | 575 | 16-bk-02022-RNO | 1207 | 1211 | 1/17/2019 |
| 3 | Harry J. Giacometti | 525 | 18-bk-01790-RNO | 92 | 107 | 10/9/2018 |
| 4 | William Burnett | | | | | |
| 5 | Brett Weiss | | | | | |
| 6 | Jeff Kurtzman | 480 | 18-bk-01790-RNO | 83 | 102 | 10/1/2018 |
| 7 | Jill Bienstock | 475 | 16-bk-02022-RNO | 1207 | 1211 | 1/17/2019 |
| 8 | Harrison Byck | | | | | |
| 9 | Eric Leinbach | 420 | 18-bk-01683-RNO | 27 | | 8/2/2018 |
| 10 | Kara Gendron | | | | | |
| 11 | Robert Chernicoff | | | | | |
| 12 | William Schwab | 395 | 18-bk-01790-RNO | 89-2 | 104 | 10/3/2018 |
| 13 | Steve Gurdin | 360 | 17-bk-01164-RNO | 70 | 71 | 11/12/2018 |
| 14 | Maureen Steady | 350 | 19-bk-00064-RNO | 4 | | 2/16/2019 |
| 15 | Damien Tancredi | 340 | 18-bk-01790-RNO | 92 | 107 | 10/9/2018 |
| 16 | Newman Williams Mishkin | 330 | 17-bk-02119-RNO | 199-4 | 211 | 12/28/2018 |
| 17 | Robert Sheils | 315 | 18-bk-01966-RNO | 36 | 40 | 12/19/2018 |
| 18 | David Ealy | 300 | 18-bk-05276-RNO | 21 | | 1/15/2019 |
| 19 | David Harris | 300 | 18-bk-05219-RNO | 1 | | 12/13/2018 |
| 20 | John Doran | 300 | 18-bk-02956-RNO | 4 | | 7/18/2018 |
| 21 | John Fisher | 300 | 19-bk-00120-RNO | 1 | | 1/10/2019 |
| 22 | Leon Haller | 300 | 19-bk-00541-RNO | 6 | | 2/8/2019 |
| 23 | Lisa Rynard | 300 | 19-bk-00541-RNO | 6 | | 2/8/2019 |
| 24 | Mark Conway | 300 | 18-bk-02000-RNO | 4 | 31 | 5/12/2018 |
| 25 | Patrick Best | 300 | 19-bk-00600-RNO | 1 | | 2/2/2019 |
| 26 | Tullio DeLuca | 300 | 19-bk-00021-RNO | 1 | | 1/3/2019 |
| 27 | J. Zac Christman | | | | | |
| 28 | Eric Filer | 295 | 18-bk-01790-RNO | 89-2 | 104 | 10/3/2018 |
| 29 | Craig Diehl | | | | | |
| 30 | Joe Quinn | 290 | 19-bk-00037-RNO | 1 | | 1/4/2019 |
| 31 | Lisa Doran | 285 | 18-bk-02956-RNO | 4 | | 7/18/2018 |
| 32 | Jill Spott | 275 | 16-bk-03339-RNO | 147-2 | | 5/3/2018 |
| 33 | Brent Diefenderfer | | | | | |
| 34 | John Martin | 250 | 18-bk-04377-JJT | 32 | | 12/14/2018 |
| 35 | Mark Moulton | 250 | 19-bk-00150-RNO | 1 | | 1/14/2019 |
| 36 | Phil Stock | | | | | |
| 37 | Jason Provinzano | 225 | 19-bk-00160-RNO | 1 | | 1/14/2019 |
| 38 | Adam Weaver | 200 | 18-bk-02692-RNO | 29-2 | | 11/15/2018 |
| 39 | Bradley Weidenbaum | 200 | 18-bk-05111-RNO | 13 | | 12/27/2018 |
| 40 | Andrew Katsock | | | | | |
| 41 | Edward Kaushas | 175 | 17-bk-04763-RNO | 23-2 | 37 | 12/6/2017 |
| 42 | | | | | | |
| 43 | | | **Non-attorney professionals** | | | |
| 44 | **Anthony Cortez** | 405 | 16-bk-02022-RNO | 1207 | 1211 | 1/17/2019 |
| 45 | **Pauline Z. Ratkowiak** | 295 | 16-bk-02022-RNO | 1207 | 1211 | 1/17/2019 |
| 46 | Jackie Parsio | 250 | 18-bk-01790-RNO | 92 | 107 | 10/9/2018 |

|    | A | B | C | D | E | F |
|----|---|---|---|---|---|---|
| 47 | Harrison Byck's Support Staff | | | | | |
| 48 | Craig Diehl's Legal Assistant | | | | | |
| 49 | Steve Gurdin's Paralegal | 142 | 17-bk-01164-RNO | 70 | 71 | 11/12/2018 |
| 50 | Joe Quinn's Paralegal | 125 | 19-bk-00037-RNO | 1 | | 1/4/2019 |
| 51 | Kara Gendron's Paralegal | | | | | |
| 52 | Julia Geibel | 120 | 18-bk-01683-RNO | 27 | | 8/2/2018 |
| 53 | Phyllis Sheldon | 115 | 16-bk-03339-RNO | 147-2 | | 5/3/2018 |
| 54 | Lisa Rynard's Paralegal | 110 | 19-bk-00541-RNO | 6 | | 2/8/2019 |
| 55 | Amanda Jones | 90 | 18-bk-01790-RNO | 89 | 104 | 10/3/2018 |
| 56 | John Martin's Paralegal | 75 | 18-bk-04377-JJT | 32 | | 12/14/2018 |

|   | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|
| 1 |   | *Rate* | *Case No.* | *Docket Entries* |   | *Date* |   |
| 2 |   |   |   |   |   |   |   |
| 3 |   | 560 | 1:19-bk-04 | 529-1 |   |   |   |
| 4 |   | 550 | 1:19-bk-04 | 104 |   |   |   |
| 5 |   | 495 | 1:21-bk-01 | 3 |   |   |   |
| 6 |   | 490 |   |   |   |   |   |
| 7 |   |   |   |   |   |   |   |
| 8 |   | 450 | 5:19-bk-02 | 30 | 35 |   |   |
| 9 | approved by Opel on 10/1/18 |   |   |   |   |   |   |
| 10 |   | 400 | 1:21-bk-01 | 3 |   |   |   |
| 11 |   | 400 | 4:21-bk-01 | 64 | Approved by Conway |   |   |
| 12 |   | 395 | 5:21-bk-00 | 34 |   | 3/24/2021 |   |
| 13 |   | 360 | 5:20-bk-03 |   | 1 |   |   |
| 14 |   | 385 |   |   |   |   |   |
| 15 |   |   |   |   |   |   |   |
| 16 |   | 350 | PRF. No APs. Application to appoint filed in a Chapter 11 |   |   |   |   |
| 17 |   |   |   |   |   |   |   |
| 18 |   |   |   |   |   |   |   |
| 19 |   | 350 |   |   |   |   |   |
| 20 |   |   |   |   |   |   |   |
| 21 |   | 300 |   |   |   |   |   |
| 22 |   |   |   |   |   |   |   |
| 23 |   |   |   |   |   |   |   |
| 24 |   |   |   |   |   |   |   |
| 25 |   |   |   |   |   |   |   |
| 26 |   |   |   |   |   |   |   |
| 27 |   | 300 | 5:21-bk-01 | 4 |   |   |   |
| 28 |   |   |   |   |   |   |   |
| 29 |   | 295 | 1:21-bk-01 | 6 |   |   |   |
| 30 |   |   |   |   |   |   |   |
| 31 |   | 285 |   |   |   |   |   |
| 32 |   |   |   |   |   |   |   |
| 33 |   | 275 | 1:21-bk-01 | 3 |   |   |   |
| 34 |   | 300 | Trustee rates |   |   |   |   |
| 35 |   |   |   |   |   |   |   |
| 36 |   | 250 |   |   |   |   |   |
| 37 |   | 225 |   |   |   |   |   |
| 38 |   | 200 | 5:21-bk-00 |   | 57 |   |   |
| 39 |   |   |   |   |   |   |   |
| 40 |   | 200 | 5:19-bk-00 | 262 |   |   |   |
| 41 |   |   |   |   |   |   |   |
| 42 |   |   |   |   |   |   |   |
| 43 |   |   |   |   |   |   |   |
| 44 |   |   |   |   |   |   |   |
| 45 |   |   |   |   |   |   |   |
| 46 |   |   |   |   |   |   |   |

|    | G | H | I | J | K | L | M |
|----|---|---|---|---|---|---|---|
| 47 |   | 225 | 5:19-bk-02325 |   |   |   |   |
| 48 |   | 170 | 1:21-bk-01 | 6 |   |   |   |
| 49 |   |   |   |   |   |   |   |
| 50 |   | 142 | 5:20-bk-03 |   | 1 |   |   |
| 51 |   | 125 | 1:21-bk-01 |   | 3 |   |   |
| 52 |   |   |   |   |   |   |   |
| 53 |   |   |   |   |   |   |   |
| 54 |   |   |   |   |   |   |   |
| 55 |   |   |   |   |   |   |   |
| 56 |   |   |   |   |   |   |   |

|   | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 |   | bk cases | | ap cases | | | |
| 2 | Attorney | 2019 | 2018 | 2019 | 2018 | Does atty. typically file fee apps? | 2019 Chapter 7 Rate |
| 3 | Agnellino | 1 | 9 | 0 | 3 | | $2,500 |
| 4 | Quinn | 0 | 7 | 0 | 2 | | |
| 5 | Gurdin | 0 | 15 | 0 | 4 | | |
| 6 | Labelle | 0 | 5 | 0 | 1 | | |
| 7 | Christman | 1 | 26 | 0 | 5 | | |
| 8 | Weidenbaum | 0 | 17 | 0 | 2 | | |
| 9 | Amori | 1 | 9 | 0 | 1 | | |
| 10 | Doran, L. | 0 | 49 | 0 | 5 | | |
| 11 | Baranko | 1 | 10 | 0 | 1 | | $1,000 |
| 12 | Martin | 7 | 83 | 0 | 8 | no | $1,000 |
| 13 | Sabatini | 0 | 22 | 0 | 2 | | |
| 14 | Fisher, J | 13 | 225 | 0 | 17 | no | $1,000, $300/hr atty, $135/hr, paralegal |
| 15 | Diddio | 1 | 47 | 0 | 3 | no | |
| 16 | Best | 1 | 49 | 0 | 3 | | |
| 17 | Conway | 6 | 83 | 0 | 4 | | $1,500 |
| 18 | Walsh | 2 | 21 | 0 | 1 | | $900 |
| 19 | Ackourey | 4 | 22 | 0 | 1 | | $1,200, $1,500 |
| 20 | DeLuca | 12 | 164 | 1 | 7 | no | |
| 21 | McCrystal | 1 | 27 | 0 | 1 | | $1,800 |
| 22 | Mattes | 3 | 30 | 0 | 1 | | 1600, $1,800 |
| 23 | Ferrario | 0 | 31 | 0 | 1 | | |

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 24 | Fisher, T | 5 | 119 | 0 | 3 | | $1,200 |
| 25 | Harris | 1 | 51 | 0 | 1 | | |
| 26 | Stock | 3 | 62 | 0 | 1 | | $1,000 |
| 27 | Rubino | 16 | 235 | 0 | 2 | no | $1,000, $1,100 |
| 28 | Skibitsky | 1 | 1 | 0 | 0 | no | $1,300 |
| 29 | Kane | 1 | 1 | 0 | 0 | no | $1,797 |
| 30 | Spielman | 4 | 21 | 0 | 0 | no | |
| 31 | Moulton | 3 | 21 | 0 | 0 | | |
| 32 | Martino | 2 | 8 | 0 | 0 | | $1,500 |
| 33 | Campion | 1 | 6 | 0 | 0 | | |
| 34 | Savoia | 1 | 21 | 0 | 0 | | $1,200 |
| 35 | Provinzano | 9 | 137 | 0 | 0 | | $1,100, $900, $225/hour |
| 36 | Rapa | 6 | 58 | 0 | 0 | | 1,500 |
| 37 | Beatrice | 2 | 3 | 0 | 0 | | $1,495 |
| 38 | Noonan | 2 | 35 | 0 | 0 | | $1,300 |
| 39 | Santora | 2 | 12 | 0 | 0 | | $1,250, $1,500 |
| 40 | Pavlovitz | 2 | 5 | 0 | 0 | | $1,215 |
| 41 | Treat | 1 | 11 | 0 | 0 | | |

|    | A            | B | C  | D | E | F                       | G      |
|----|--------------|---|----|---|---|-------------------------|--------|
| 42 | Gellert      | 1 | 27 | 0 | 0 |                         | $1,200 |
| 43 | Greek        | 1 | 8  | 0 | 0 |                         | $1,300 |
| 44 | Manning      | 0 | 14 | 0 | 0 |                         |        |
| 45 | Lazaroff     | 2 | 47 | 0 | 0 |                         |        |
| 46 | Gracey       | 1 | 5  | 0 | 0 |                         |        |
| 47 | Metroka      | 0 | 27 | 0 | 0 |                         |        |
| 48 | McElrath     | 0 | 25 | 0 | 0 |                         |        |
| 49 | Marinos      | 1 | 2  | 0 | 0 |                         |        |
| 50 | Solt         | 1 | 2  | 0 | 0 |                         |        |
| 51 | Laputka      | 1 | 11 | 0 | 0 |                         |        |
| 52 | Doran, J.    | 1 | 9  | 0 | 0 |                         |        |
| 53 | DiBernardino | 2 | 16 | 0 | 0 |                         |        |
| 54 | Butz         | 1 | 2  | 0 | 0 |                         |        |
| 55 | Thompson     | 1 | 10 | 0 | 0 |                         |        |
| 56 | Anthony      | 1 | 1  | 0 | 0 |                         |        |
| 57 | Poka         | 0 | 2  | 0 | 0 |                         |        |
| 58 | Howells      | 0 | 12 | 0 | 0 |                         |        |
| 59 | Costello     | 0 | 1  | 0 | 0 |                         |        |
| 60 | Otto         | 0 | 4  | 0 | 0 |                         |        |
| 61 | Filer        | 0 | 7  | 0 | 0 |                         |        |
| 62 | Rheam        | 0 | 6  | 0 | 0 |                         |        |
| 63 | Yelen        | 0 | 1  | 0 | 0 |                         |        |
| 64 | DeMelfi      | 0 | 9  | 0 | 0 |                         |        |
| 65 | Crowley      | 0 | 2  | 0 | 0 |                         |        |
| 66 | Ealy         | 0 | 2  | 0 | 0 |                         |        |
| 67 | Pellish      | 0 | 8  | 0 | 0 |                         |        |
| 68 | Feldman      | 0 | 7  | 0 | 0 |                         |        |
| 69 | Reedy        | 0 | 16 | 0 | 0 |                         |        |
| 70 | Baltimore    | 0 | 51 | 0 | 0 |                         |        |
| 71 | Lokuta       | 0 | 8  | 0 | 0 |                         |        |
| 72 | Taglieri     | 0 | 5  | 0 | 0 |                         |        |
| 73 | Zagurskie    | 0 | 6  | 0 | 0 | One filed for $3001.    |        |
| 74 | Weaver       | 0 | 12 | 0 | 0 | Yes                     |        |

| | H | I | J | K |
|---|---|---|---|---|
| 1 | | | | |
| 2 | 2019 Chapter 13 Rate | 2018 Chapter 7 Rate | 2018 Chapter 13 Rate | 2017 Chapter 7 Rate |
| 3 | | $2,500 | | $2,500 |
| 4 | $4,000 / $290/hr atty, $125/hr paralegal | | | |
| 5 | | | $4,000/ $345/hr Gurdin, $135/hr paralegal | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | $4,000/ $200/hr adversary | |
| 9 | | | | |
| 10 | | | | |
| 11 | | $1500 - no ap, lien avoidance, rfs, discharge | | $1200 - no ap, lie, discharge, rfs |
| 12 | 2500, $4,000 | $1,200 | $2,500 | |
| 13 | | | | |
| 14 | 1000, $4,000, $300/hratty, $135/hr, paralegal, $750 | $1,000, $300/hr atty, $135/hr, paralegal | $4000, $300/hr, $135para | |
| 15 | $4,000 | $1100 - no discharge, ap, rfs | | $1,000 - no discharge, ap , rfs, lien |
| 16 | | $1,500 | $4,000 Flat Fee | $1,200 |
| 17 | | $1,500 | $4,310, includes filing fee. Any objections to discharge/ap billed at reg rates. | $1,600 - ap/discharge - regular rates |
| 18 | | $1000 - no discharge, ap, rfs, lien avoidance | $3250, No ap, discharge, lien avoidances, rfs action | $1,000 - no discharge, ap , rfs, lien |
| 19 | | | $4,000 | |
| 20 | $4,000 or $150-$300/hr | $1,000, $150-$300/hr | $4,000, $150-300/hr | $1,000, $150-$300/hr |
| 21 | | $1,316 - doesn't include ap, litigation not listed, & discharge action. | $4,000, supp. Fees to be awarded by the court if firm petitions and court approves. | $1,200 |
| 22 | | $1,525 | $4,500 | $1551 - no ap, lien, rfs, discharge |
| 23 | | | $4,000/$4310/1835 | |

|  | H | I | J | K |
|---|---|---|---|---|
| 24 | $4,000 |  | $4,000 - no ap, lien avoidance, relief from stay, discharge actions | $1,300 - no ap, discharge, lien, rfs |
| 25 |  | $1200 a-c, everything else at $300/hr |  | $1,150 |
| 26 |  | $1,100 - doesn't include amendments, continuances, rfs, lien avoidance, ap |  |  |
| 27 | $3,500 | $1,100 | 4000, does not include ap, relief from stay, dishargeability actions, lien avoidances. | $1,000 - no discharge, ap , rfs, lien |
| 28 |  | $1,300 |  |  |
| 29 |  | $1,797 |  |  |
| 30 | $2,700 |  | $3,000 |  |
| 31 | $3,000, $250/hr | $1,500, $250/hr additional legal | $1,700, $250/hr ap, obj to poc, Motion to sell |  |
| 32 |  |  | $3,500 |  |
| 33 | $4,000 |  |  |  |
| 34 |  |  |  |  |
| 35 |  | $1,100, $225, hr | $4,000, $225/hr | $1102 - ap/creditor negotiation & inquiries $225/hour |
| 36 | $4,000 | $1,500 - does not include lien avoid, rfs, ap | $4,000 | $1000 - no discharge, ap, rfs, lien |
| 37 |  | $1,495 - does not include ap, contested, additional legal work |  |  |
| 38 |  | $1,300 - no ap, lien avoidance, discharge actions, rfs action | $4,000 - no ap, lien avoidance, rfs action, discharge action | $800 - no discharge, ap, rfs, lien |
| 39 |  |  |  | $1,250 |
| 40 |  |  |  |  |
| 41 | $4,000 |  |  |  |

| | H | I | J | K |
|---|---|---|---|---|
| 42 | | | $4,000 | $1,200 - no ap, discharge, lien, rfs |
| 43 | | $1300 - no ap, lien avoidance, rfs, discharge | | |
| 44 | | | | $1600 - no discharge, rfs, lien, ap |
| 45 | | $1,500 | 3,000 - No ap, discharge, lien action, rfs, etc. | |
| 46 | | $1,600 | | |
| 47 | | $1,525 | $4,000 - NO AP, lien/discharge action, rfs | 1525 |
| 48 | | | | |
| 49 | | | | |
| 50 | | | | |
| 51 | | | | |
| 52 | | | | |
| 53 | | | | |
| 54 | | | | |
| 55 | | | | |
| 56 | | | | |
| 57 | | | $2,600 | |
| 58 | | | | |
| 59 | | | | |
| 60 | | | $4,000 | |
| 61 | | | $3,500 | |
| 62 | | | $5,000 | |
| 63 | | | | |
| 64 | | | $4,310 | |
| 65 | | | | |
| 66 | | | $300/hr | |
| 67 | | | | |
| 68 | | | $2290/$4000 | |
| 69 | | | | |
| 70 | | | | |
| 71 | | | | |
| 72 | | | | |
| 73 | $3,500 | | | |
| 74 | | | | |

| | L |
|---|---|
| 1 | |
| 2 | 2017 Chapter 13 Rate |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | $4,000 - no ap, discharge, rfs, lien |
| 12 | |
| 13 | |
| 14 | 4000 |
| 15 | |
| 16 | |
| 17 | $4310, ap,discharge - billed at reg rates |
| 18 | $4,000 - no discharge, ap, lien, rfs |
| 19 | |
| 20 | $4,000, $150-300/hr |
| 21 | |
| 22 | |
| 23 | |

| | L |
|---|---|
| 24 | $4,000 - no discharge, ap, lien, rfs |
| 25 | |
| 26 | $4,000 |
| 27 | $4,000 - no ap, discharge, rfs, lien |
| 28 | |
| 29 | |
| 30 | |
| 31 | |
| 32 | |
| 33 | $4,000 - no discharge, ap, lien, rfs |
| 34 | |
| 35 | $4,000, $225/hr |
| 36 | $4,000 |
| 37 | |
| 38 | $4,000 |
| 39 | |
| 40 | |
| 41 | |

| | L |
|---|---|
| 42 | $4,000 - no discharge, ap, lien, rfs |
| 43 | |
| 44 | $2000 - no discharge, rfs, lien, ap |
| 45 | $3000-no discharge, rfs, lien, ap |
| 46 | |
| 47 | |
| 48 | |
| 49 | |
| 50 | |
| 51 | |
| 52 | |
| 53 | |
| 54 | |
| 55 | |
| 56 | |
| 57 | |
| 58 | |
| 59 | |
| 60 | |
| 61 | |
| 62 | |
| 63 | |
| 64 | |
| 65 | |
| 66 | |
| 67 | |
| 68 | |
| 69 | |
| 70 | |
| 71 | |
| 72 | |
| 73 | |
| 74 | |

|    | A | B | C | D | E |
|----|---|---|---|---|---|
| 1  | Case Number | Debtor | Doc. # | Order/Motion | Attorney |
| 2  | 18-2846-RNO | Pypiak | 41 | Order | Sabatini |
| 3  | 18-4377-JJT | Gleason | 42 | Order | Martin |
| 4  | 18-4377-JJT | Gleason | 32 | Application | Martin |
| 5  | 18-4388-JJT | Solt | 20 | Order | Schwab |
| 6  | 18-4388-JJT | Solt | 20 | Application | Schwab |
| 7  | 18-4484-RNO | Reiley | 24 | Order | Schwab |
| 8  | | | | | |
| 9  | 18-2737-JJT | Viotto | 26 | Order | 2 firms |
| 10 | 18-2737-JJT | Viotto | 26 | Application | 2 firms |
| 11 | 18-2692-JJT | Lewis | 30 | Order | Weaver |
| 12 | 18-2692-JJT | Lewis | 30 | Order | Weaver |
| 13 | 17-1164-jjt | Preston | 71 | Order | Gurdin |
| 14 | 17-1164-jjt | Preston | 71 | Order | Gurdin |
| 15 | | | | | |
| 16 | 17-2119-JJT | Roggio | 26 | Application | Laufer |
| 17 | 17-2119-JJT | Roggio | 28 | Application | Dweck |
| 18 | 17-2119-JJT | Roggio | 197 | Order | Martin |
| 19 | 17-2119-JJT | Roggio | 192 | Application | Martin |
| 20 | 17-2119-JJT | Roggio | 199 | Application | Rubino |
| 21 | 16-3339-JJT | Hopkins | 149 | Order | Spott |
| 22 | | | 147 | | Spott |
| 23 | | | | | |
| 24 | 13-2921-JJT | Hazdik | 151 | Order | Doran |
| 25 | 14-1871-JJT | Fahey | 77 | Order | Conway |
| 26 | 12-01895-JJT | Depew | 147 | Order | Conway |
| 27 | 13-06390-JJT | Menichetti | 50 | Order | Sheils |
| 28 | 15-01946-JJT | Anderson | 47 | Application | Conway |
| 29 | 15-2915-JJT | Koop | 48 | Order | Conway |
| 30 | 15-3727-JJT | Pierson | 53 | Order | Conway |
| 31 | 16-01694-JJT | Salerno | 34 | Order | Conway |
| 32 | 18-00282-RNO | Bradley-Mc | 41 | Application | Christman |
| 33 | 18-01966-RNO | Topfer | 36 | Application | Sheils |
| 34 | 18-01790 - RNO | RR Coal, Inc | 31 | Application | Schwab |
| 35 | | | 32 | Application | Kurtzman |
| 36 | | | 35 | Application | Flaser/Greenberg |
| 37 | | | 83 | Application | Kurtzman |
| 38 | | | 89 | Application | Schwab |
| 39 | | | 92 | Application | Kurtzman |
| 40 | | | 117 | Application | Hughes |
| 41 | 18-02692-JJT | Lewis | 30 | Order | Weaver |
| 42 | 18-02956-JJT | Bonacuse | 59 | Application | Doran |
| 43 | 12-00222-JJT | Gilmartin | 44 | Order | Sheils |
| 44 | 13-03889-JJT | Antal | 65 | Order | Sheils |
| 45 | 14-5518-JJT | Golembiew | 42 | Order | Sheils |
| 46 | 16-02109-JJT | KNL Constr | 58 | Order | Conway |

|    | A | B | C | D | E |
|----|---|---|---|---|---|
| 47 | 16-02572-JJT | Noone | 45 | Order | Conway |
| 48 | 17-02134-JJT | Diaz Proper | 137 | Order | Schwab |
| 49 | 18-02317-RNO | Yedloski | 39 | Order | Doran |
| 50 | 18-00318-RNO | Singer | 29 | Application | Doran |
| 51 | 18-00755-RNO | Redman | 28 | Application | Doran |
| 52 | 18-01716-RNO | Zumchak | 25 | Application | Doran |
| 53 | 18-01924-RNO | Shearer | 29 | Application | Doran |
| 54 | 18-02046-RNO | Winsock | 26 | Application | Doran |
| 55 | 18-02246-RNO | Sock | 20 | Application | Doran |
| 56 | 18-02503-RNO | Onuschak | 21 | Application | Doran |
| 57 | 18-05275-JJT | Gorrell | 10 | Application | Ealy |
| 58 | 13-00789 | Smith | 65 | Order | Conway |
| 59 | 13-06468 | Roberts | 41 | Application | Sheils |
| 60 | 17-01716-JJT | Whitt | 554 | Order | Doran |
| 61 | 17-03862-JJT | McDonald | 51 | Order | |
| 62 | 18-00600 | Lesher | 49 | Order | Weaver |
| 63 | 18-01683 | Garcia | 38 | Order | Leinbach |
| 64 | 18-02646-JJT | Young | 38 | order | Weaver |
| 65 | 18-00327-RNO | Hope | 36 | Application | Weaver |
| 66 | 18-02646-jjt | Young | 39 | Application | Weaver |
| 67 | 18-02692-JJT | Lewis | 292 | Application | Weaver |

| | F |
|---|---|
| 1 | **Description** |
| 2 | Order approving payment of $7,114 |
| 3 | Appointing professional [32] |
| 4 | $250 Partners, $150 Associates, $75 Paralegals |
| 5 | Appointing professional [16] |
| 6 | $395 Schwab, $255 - $295 associates, $90 legal assistants |
| 7 | Appointing professional |
| 8 | |
| 9 | Appointing med mal attorneys |
| 10 | 1/3 contingency with certain services at $200/hour |
| 11 | Awarding interim fees in a 13 at $3,029.18 [29] |
| 12 | $200/hour (.2 minimum increments) |
| 13 | Awarding $12,234.20 |
| 14 | Gurdin: $345 in 2017 and $360 in 2018; Paralegal $135 in 2017 and $142 in 2018. |
| 15 | |
| 16 | NY attorney - $100,000 retainer and $600/hour and $400 for associates |
| 17 | NY attorney - $30,000 retainer and $575/hour |
| 18 | Appointing professional [192] |
| 19 | $250 Partners, $150 Associates, $75 Paralegals |
| 20 | 2017 Rate - 320/hour - 2018 Rate - 330/hr |
| 21 | Approving [147] - Doc 159 - Approving Sheils for $6314.03 &136.54 for expenses |
| 22 | Jill Spott $275/hour; Phyllis Sheldon $115/hour |
| 23 | |
| 24 | Order approving $1672.95 |
| 25 | $8065.24 for Services to estate and $4860 services to trusee |
| 26 | $2477.34/113.54 expenses to Conway for services to estate & $1575.75/210.80 to Conway for services to tru |
| 27 | Order approving $6503.21 to Trusee Sheils for services to estate |
| 28 | Application for fees & expenses as atty. For trustee - $4441.50 & $70.82 expenses |
| 29 | $2043.57/109.49 expenses to Conway for services to estate & $1101.00/62.28 to Conway for services to trus |
| 30 | $2750.00/232.48 expenses to Conway for services to estate & $5496.50/175.75 to Conway for services to tru |
| 31 | $1500.00/113.39 expenses to Conway for services to estate & $1472.00/39.82 to Conway for services to trus |
| 32 | Application for $7809.50. - Rates between $295-$330/hour on bill / 2016(b) states up to $340/hour to be adj |
| 33 | Application to employ - Sheils rates - $315/hr senior lawyer, 275/hr associate lawyer, $115/hr paralegal |
| 34 | $395/hour, Associate $255-295/hour through December 31, 2018 [Doc 39 Grants this App] |
| 35 | $480/hour (Philadelphia attorney) [Doc 40 Grants this app] |
| 36 | $425-630/hour shareholders, 300-365/hour associates, 250-295 paralegals [Doc 45 grants this app] |
| 37 | Application for fees and expenses in the amount of $23,370.69 [Doc 102 approved this app] |
| 38 | Application for fees and expenses in the amount of $12159.78 [Doc 104 Approved this app] |
| 39 | Application for fees and expenses in the amount of $33197.91 [Doc 107 Approved this app] |
| 40 | Application to employ. $375/hour |
| 41 | Fee app awarded - $3029.18 |
| 42 | Application for fees and expenses in the amount of $16,390.50 and expenses of $222.35 |
| 43 | Order approving $2985.56 & $87.70 for trustee services to estate |
| 44 | Order approving $4594.29 & $22.05 for trustee services to estate |
| 45 | Order approving$5921.21 & $85.69 for trustee services to estate |
| 46 | Oder approving $1338.93 & 198.66 for trustee services to estate |

| | F |
|---|---|
| 47 | Order approving $2250.00 & 119.05 for trustee services to estate, & 1946.50 & 50.16 to Conway as atty. For |
| 48 | Order approving $9625.86 for trustee serices to estate & $13435.50 & 347.88 to Schwab as atty. For trustee |
| 49 | Order approving $4132.50 & 25.60 to Doran |
| 50 | Application for fees/expenses $4333.50/.10 - Rates = $285/hr atty. Doc 33 Approves application |
| 51 | Application for fees/expenses $5814.00/.10 - Rates = $285/hr atty. Doc 33 Approves application |
| 52 | Application for fees/expenses $2137.50/18.00 - Rates = $285/hr atty. Doc 29 Approves application |
| 53 | Application for fees/expenses $5649.00/81.60 - Rates = $285/hr LD, $300/hr JD - Doc 34 Approves Application |
| 54 | Application for fees/expenses $3838.50/.10 - Rates = same as above. Doc 31 Approves application |
| 55 | Application for fees/expenses $4959.00/35.55 - Rates same as above. Doc 26 Approves application |
| 56 | Application for fees/exenses $2565.00/27.85 - Rates same as above. Doc 25 Approves application |
| 57 | Application to employ - Ealy $300/hr, Associates $175/hr - Rochester NY atty - Doc 20 grants application |
| 58 | Order approving 5984.03 & 79.05 for services to the estate &4139 & 191.42 to Conway as atty. For trustee |
| 59 | Application to Employ Atty. Witkin. 40% contingency. Doc 42 approves application |
| 60 | Order granting fee app for $4218 compensation and 238.60 expenses |
| 61 | Order granting fee app for $2200 administrative expense claim |
| 62 | Order approving $3934.30 as administrative expense (Application doc 47 - this app awarded is in addition to |
| 63 | Order approving $6443.82 for combined compensation & expenses - $420/hr |
| 64 | Order approving 3244.86 as approved administrative expense. ( App is doc 31.This is in addition to $1,000 ret |
| 65 | Application for compensation of $3981.29 ($200/hr) (This is in addition to $2100 retainer received) Doc 38 ap |
| 66 | Application for compensation of $800.50 - This is in addition to previous retainer and 1st awarded fee app. |
| 67 | Application for compensation of $3029.18 (in addition to $2k previously given for retainer) - Approved doc 30 |

|   | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | |
| 2 | | | | | | | | | |
| 3 | | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |
| 18 | | | | | | | | | |
| 19 | | | | | | | | | |
| 20 | | | | | | | | | |
| 21 | | | | | | | | | |
| 22 | ¶ 16: The compensation listed for the following professionals is based on the customary compensation | | | | | | | | |
| 23 | | | | | | | | | |
| 24 | | | | | | | | | |
| 25 | | | | | | | | | |
| 26 | stee | | | | | | | | |
| 27 | | | | | | | | | |
| 28 | | | | | | | | | |
| 29 | tee | | | | | | | | |
| 30 | stee | | | | | | | | |
| 31 | tee | | | | | | | | |
| 32 | usted as often as annually. | | | | | | | | |
| 33 | | | | | | | | | |
| 34 | | | | | | | | | |
| 35 | | | | | | | | | |
| 36 | | | | | | | | | |
| 37 | | | | | | | | | |
| 38 | | | | | | | | | |
| 39 | | | | | | | | | |
| 40 | | | | | | | | | |
| 41 | | | | | | | | | |
| 42 | | | | | | | | | |
| 43 | | | | | | | | | |
| 44 | | | | | | | | | |
| 45 | | | | | | | | | |
| 46 | | | | | | | | | |

| | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|
| 47 | trustee | | | | | | | | |
| 48 | | | | | | | | | |
| 49 | | | | | | | | | |
| 50 | | | | | | | | | |
| 51 | | | | | | | | | |
| 52 | | | | | | | | | |
| 53 | h | | | | | | | | |
| 54 | | | | | | | | | |
| 55 | | | | | | | | | |
| 56 | | | | | | | | | |
| 57 | | | | | | | | | |
| 58 | | | | | | | | | |
| 59 | | | | | | | | | |
| 60 | | | | | | | | | |
| 61 | | | | | | | | | |
| 62 | $2500 as retainer) | | | | | | | | |
| 63 | | | | | | | | | |
| 64 | ainer.) | | | | | | | | |
| 65 | proves | | | | | | | | |
| 66 | | | | | | | | | |
| 67 | | | | | | | | | |

| | P | Q | R | S | T | U | V | W |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | |
| 22 | charged by comparably skilled practitioners in cases other than cases under Title 7. | | | | | | | |